**VIOLATION MEMORANDUM COVER SHEET**

| | | | |
|---|---|---|---|
| TO: | The Honorable Sallie Kim<br>U.S. Magistrate Judge | RE: | THOMAS, Lazarus |
| FROM: | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | Docket No.: | 3:23-MJ-71607-MAG |
| Date: | January 8, 2024 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Jalei Kinder                                                                 (510) 637-3754

U.S. Pretrial Services Officer                                    **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __C, 15th Floor__ on __1/11/2024__ at __11:30AM__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____   Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

**The following condition is deleted:**

**The following conditions are added:**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_/s/ Sallie Kim_                                                              1/9/2024

**JUDICIAL OFFICER**                                         **DATE**
SALLIE KIM
United States Magistrate Judge