**BOND MODIFICATION COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Sallie Kim<br>Chief U.S. Magistrate Judge | **RE:** | THOMAS, Lazarus |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:23-MJ-71607-MAG |
| **Date:** | February 26, 2024 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Jalei Kinder | (510) 637-3754 |
|---|---|
| U.S. Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

**The following conditions are added:**

1. *The defendant must participate in residential treatment beginning on February 27, 2024; reside at Center Point Inc. residential treatment facility located at 603 D Street, San Rafael, CA 94901; and comply with all conditions of the facility.*

**The following conditions are removed:**

*If successfully admitted to Center Point Inc. the following conditions shall be removed:*

1. *The defendant must submit to location monitoring as directed by Pretrial Services and;*
2. *The defendant must remain at his residence at all time except for: employment, education, religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-approved obligations or other activities approved in advance by Pretrial Services and the Court.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____        ___February 26, 2024_____
**JUDICIAL OFFICER**                                            **DATE**