**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| TO: | Honorable Sallie Kim<br>U.S. Magistrate Judge | RE: | THOMAS, Lazarus |
| FROM: | Jalei Kinder<br>U.S. Pretrial Services Officer | Docket No.: | 3:23-MJ-71607-MAG |
| Date: | February 29, 2024 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Jalei Kinder | 510-637-3754 |
|---|---|
| U.S. Pretrial Services Officer | TELEPHONE NUMBER |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

**The following conditions are added:**

1. *The defendant must participate in residential treatment, reside at Newbridge Foundation in Berkeley, California, and comply with all conditions of the facility.*

**The following conditions are removed:**

*Upon entry into residential treatment:*

1. *The defendant must submit to location monitoring as directed by Pretrial Services;*
2. *The defendant must remain at his residence at all times except for: employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits court appearances; court-approved obligations; or other activities approved in advance by Pretrial Services, and the Court;*
3. *The defendant must remain in the custody of Princess Hall at 691 China Basin Street Apartment 424 in San Francisco, California.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

_____   March 1, 2024
**JUDICIAL OFFICER**                          _____
                                              **DATE**